■ In the Matter of BARBARA C. (ANONYMOUS), Appellant.— Order of the Family Court, Dutchess County, dated July 12, 1973, which, upon a prior finding of said court, after a hearing, that appellant is a juvenile delinquent, placed her on probation for one year. The notice of appeal is hereby amended to show the correct date of the order, July 12, 1973, instead of

June 22, 1973. Order reversed, on the law and the facts, without costs, and petition dismissed. In our opinion, the evidence adduced failed to sustain the petition beyond a reasonable doubt. Gulotta, P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.